UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY

In re:
James Taylor

Case No. 19-40213
Chapter 13

_____ Debtor(s) _____ /

## NOTICE OF CHANGE OF ADDRESS

**CHECK ONLY ONE:**

DEBTOR(s): ☐   CREDITOR: ☑

Please print the following information:

NAME: FreedomRoad Financial c/o Wayfinder BK, LLC

OLD MAILING ADDRESS: BIN 920016; PO Box 29426

Phoenix, AZ 85038-9426

NEW MAILING ADDRESS: FreedomRoad Financial c/o Wayfinder BK, LLC

*payment address change only

BIN 51571; PO Box 51571

Los Angeles, CA 90051-5871

DATED: 11/08/2019   /s/ Nichlas P. Spallas
Signature of Debtor or Creditor

_____
Signature of Joint Debtor (if applicable)

PHONE NUMBER: 855-411-7070

All future payments shall be sent to the new address

(6/1/11)